■ Michael Henner et al., Appellants-Respondents, v Everdry Marketing and Management, Inc., et al., Defendants, and Continental Casualty Company et al., Respondents-

Appellants. (Appeal No. 2.) [910 NYS2d 758]—Motion for reargument denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Pine, JJ.